

# NUMBER 13-11-00257-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GABRIEL AGUILAR,                                                          Appellant,

v.

JESUS HUMBERTO HERNANDEZ,                                                 Appellee.

## On appeal from the County Court at Law No. 5
## of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Gabriel Aguilar attemped to perfect an appeal from an order signed on April 11, 2011, in cause no. CL-05-1249-E. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated April 11, 2011. On April 26, 2011, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3.

Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Hidalgo County Clerk's Office has informed this Court that no judgment was entered on April 11, 2011. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
9th day of June, 2011.